| AC-10 Rev. 1/2004 |  |  |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name. Middle initial) Kleinfeld, Andrew J | 2. Court or Organization Ninth Circuit | 3. Date of Report 8/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (Active) | 5. ReportType (check appropriate type) ( ) Nomination, Date ( ) Initial (•) Annual ( ) Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Courthouse Square 250 Cushman St., Suite 3-A Fairbanks, Alaska 99701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 13 11 20 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | State of Alaska, Permanent Fund Dividend | 1108.00 |
| 2. | 2003 | Metropolitan Life Insurance Co. (Deferred Comp) | 21936.00 |
| 3. | 2003 | Prudential Life Insurance Co. (Deferred Comp) | 20652.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Fairbanks Daily News Miner - Writing |
| 2. | 2003 | University of Alaska - Salary |
| 3. | 2003 | State of Alaska - Permanent Fund Dividend |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University School of Law | June 26-29, Arlington VA, participant in educational seminar (Transportation, Meals and Lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Kleinfeld, Andrew J | | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Morgan Stanley - Money Mkt Account | A | Dividend | K | T | | | | | |
| 2. Fidelity Tax Exempt | A | Interest | | | sell | 11/04 | L | A | |
| 3. Radio Shack common stock | A | Dividend | J | T | | | | | |
| 4. Scudder Investments | A | Dividend | L | T | | | | | |
| 5. Keogh Plan - Administered by ABA | G | Dividend | O | T | | | | | |
| 6. Merrill Lynch Bond Fund | C | Dividend | M | T | | | | | |
| 7. 403(b) Plan w/ ING | A | Interest | K | T | | | | | |
| 8. US Treasury Bonds | B | Interest | K | T | Redemption | 11-17 | K | A | U S Treas Bond partial redempt |
| 9. SBC common stock | A | Dividend | J | T | Div Reinvest | | | | |
| 10. Qwest common stock | A | Dividend | J | T | Div Reinvest | | | | |
| 11. Am Elect Power common stock | B | Dividend | K | T | Div Reinvest | | | | |
| 12. Bell South common stock | A | Dividend | J | T | Div Reinvest | | | | |
| 13. Verizon common stock | A | Dividend | J | T | Div Reinvest | | | | |
| 14. TRW, now Northrop Grumman, common stock | A | Dividend | L | T | Div Reinvest | | | | Merger of TRW & Grumman |
| 15. Denali State Bank Accounts | A | Interest | K | T | | | | | |
| 16. Prudential, now Wachovia, Tax Free Money Market Account | A | Interest | J | T | | | | | |
| 17. Morgan Stanley Utility Fund (Trust #1) | B | Interest | K | T | | | | | |
| 18. U.S. Savings Bonds (Trust #1) | D | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Morgan Stanley US Govt Securities Tr (Trust #1) | B | Interest | L | T | | | | | |
| 20. Morgan Stanley Tax Exempt Sec Tr (Trust #1) | C | Interest | L | T | | | | | |
| 21. Franklin Fed Tax Free Inc Fd (Trust #1) | D | Interest | M | T | | | | | |
| 22. Wash St Pub Pwr (Trust #1) | A | Interest | J | T | | | | | |
| Broward Cnty Fla Wtr & Swr (Trust #1) | A | Interest | | | called | 10/01 | J | A | |
| 24. Franklin Tax Free Tr (Trust #1) | B | Dividend | K | T | | | | | |
| 25. Met Life - Trust Interests | A | Dividend | J | T | | | | | |
| 26. Northern Growth Equity Fund - (Trust #1) | A | Dividend | M | T | | | | | |
| 27. Northern Income Equity Fund (Trust #1) | C | Dividend | L | T | | | | | |
| 28. Northern Int'l Growth Equity Fund (Trust #!) | A | Dividend | K | T | | | | | |
| 29. AIM Equity Cap Dev Funds | B | Dividend | K | T | | | | | |
| 30. AIM Int'l Aggressive Growth Fund | B | Dividend | K | T | | | | | |
| 31. Davis NY Venture Fund | B | Dividend | K | T | | | | | |
| 32. Pimco Capital Apprec | B | Dividend | K | T | | | | | |
| 33. Pimco Growth | B | Dividend | K | T | | | | | |
| 34. Pimco Target | B | Dividend | K | T | | | | | |
| 35. TIAA-CREF Retirement Annuity | E | Interest | M | T | | | | | |
| 36. Davis Ser Inc Growth | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2) U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Evergreen Hi Inc Muni Bond Fnd | B | Interest | K | T | | | | | |
| 38. 403(b) Safeco Life Insurance | D | Interest | M | T | | | | | |
| 39. Nat'l Equity Trust Low 5 Ser 44 | B | Dividend | | | Sold | 3/26 | K | A | |
| 40. Nat'l Equity Trust Low 5 Ser 47 | A | Dividend | | | Sold | 10/18 | K | A | |
| 41. Nat'l Equity Trust Top 10 Ser 36 | B | Dividend | | | Sold | 08/22 | K | A | |
| 42. Nat'l Equity Trust SP 500 Ser 16 | A | Dividend | | | Sold | 03/05 | J | | |
| 43. Northern Money Mrt Account (Trust #1) | A | Interest | L | T | | | | | |
| 44. Transamerica Occidental Life | C | Interest | L | T | | | | | |
| 45. Transamerica Occidential Life | B | Interest | K | T | | | | | |
| 46. Nat'l Equity Low5 Ser 51 | B | Dividend | K | T | Buy | 03/26 | K | | |
| 47. Nat'l Equity Low5 Ser 54 | A | Dividend | K | T | Buy | 10/10 | K | | |
| 48. Nat'l Equity Top10 Ser 42 | B | Dividend | K | T | Buy | 08/22 | K | | |
| 49. Nat'l Equity SP500 Ser 19 | A | Dividend | J | T | Buy | 03/05 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Various stocks (including SBC, Qwest, American Electric, Bell South, TRW (now Northrup Grumman), and Verizon) accrue additional shares through dividend reinvestment programs.

Judge Kleinfeld (Person Reporting) is Co-Trustee of a trust (Trust #1). Northern Trust Bank of Florida is the Co-Trustee. Judge Kleinfeld receives income and has the power to invade principal subject to a standard. The beneficiaries are members of Judge Kleinfeld████. The descriptions of the assets controlled by the trust are listed in Part VII of the disclosure report and are followed by a (Trust #1) designation.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kleinfeld, Andrew J | 8/11/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date _August 11, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544